IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

VINCENT F. KILBORN, III, P.C.,

      v.                Civil Action No. 15-00633-KD-B

DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

### JOINT MOTION FOR EXTENSION OF TIME
### TO FILE PRELIMINARY CONFERENCE REPORT

COME NOW the Defendant, the Department of Health and Human Services, and Plaintiff, Vincent F. Kilborn, III, P.C., by and through Defendant's counsel, and moves jointly that the Court extend the period in which the parties are to file a report of their preliminary planning conference under Fed.R.Civ.P. 26(f) and Civil Local Rule 16. The Preliminary Scheduling Order sets March 7, 2016, as the date by which the parties must file their meeting report.  The parties request a 30-day extension of this period up to and including April 6, 2016.  As grounds in support thereof, the parties aver as follows:

    1.    The parties are working closely to settle this action without the need for further litigation and request this extension of time to focus their resources on resolution.

1

2.     Providing an early opportunity for the parties to engage in meaningful settlement negotiations reduces the cost and duration of litigation.  *See generally,* Civil L.R. 16(d)(4).  Therefore, an extension of the preliminary planning period would be appropriate for that purpose.

3.     Plaintiff jointly requests this extension, but due to time constraints is unable to review and sign the pleading.

WHEREFORE, the parties jointly move the Court to grant a 30-day extension of the preliminary meeting period such that the parties' report will be due on or before April 6, 2016.

                                      Respectfully submitted,

                                      KENYEN R. BROWN
                                      United States Attorney

                                  By: */S/ Steven Butler*
                                      STEVEN BUTLER
                                      First Assistant U.S. Attorney
                                      63 South Royal Street, Suite 600
                                      Mobile, AL 36602
                                      (251) 415-7102

                                      */S/ Vincent F. Kilborn, III*
                                      Vincent F. Kilborn, III
                                      Attorney for Plaintiff

OF COUNSEL FOR DEFENDANT:

WILLIAM B. SCHULTZ
General Counsel
DANA PETTI
Chief Counsel, Region IV
MELINDA MCKINNON Assistant Regional Counsel
U.S. Department of Health and Human Services

## CERTIFICATE OF SERVICE

  I certify that on March 2, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorney of record.

            */S/ Steven Butler*
            Steven E. Butler
            First Assistant U.S. Attorney