### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| Vincent F. Kilborn, III, P.C.,     * | |
|                                     * | |
| Plaintiff,                          * | |
|                                     * | |
| vs.                                 * | Case No.: 1:15-cv-00633-KD-B |
|                                     * | |
| United States Department of Health  * | |
| and Human Services ("DHHS") and     * | |
| Centers for Medicare and Medicaid   * | |
| Services ("CMS"),                   * | |
|                                     * | |
| Defendants.                         * | |
|                                     * | |

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW Plaintiff, Vincent F. Kilborn, III, P.C., and moves to dismiss the above styled case without prejudice. As grounds for said dismissal Plaintiff states that the parties have resolved their differences to date and have agreed that the proper course of action is to dismiss this case without prejudice.

WHEREFORE, the Plaintiff prays that this case be dismissed without prejudice, each party to bear its own cost.

Dated March 31, 2016.

/s/Vincent F. Kilborn, III
VINCENT F. KILBORN III (KILBV4483)
DAVID A. McDONALD (MCDOD5329)
KILBORN, ROEBUCK & MCDONALD
Post Office Box 66710
Mobile, Alabama 36660
Telephone:  (251) 479-9010
Fax:        (251) 479-6747
**ATTORNEYS FOR THE PLAINTIFF**

Page -1-

Page -2-

## **CERTIFICATE OF SERVICE**

  I certify that on March 31, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                /S/VINCENT F. KILBORN, III
                VINCENT F. KILBORN, III